IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| QWEST COMMUNICATIONS CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:04CV903 |
| CITY OF GREENSBORO, | ) ) ) | |
| Defendant. | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION

On February 24, 2005 Magistrate Judge Wallace W. Dixon filed his Recommendation [Doc. #16] recommending that the Defendant's motion to dismiss be granted in part and denied in part. Plaintiff Qwest Communications Corporation filed its objections on March 11, 2005 [Doc. #18]. Having reviewed *de novo* the Recommendations in light of the objections, it is determined that the Recommendation should be accepted. Thus, for the reasons set out in the Recommendation, Defendant's motion to dismiss Plaintiff's section 1983 action based on a violation of section 253(c) of the FTA and a violation of Plaintiff's due process rights under the Fourteenth Amendment is GRANTED, and Defendant's motion to dismiss Plaintiff's dormant Commerce Clause claim is DENIED.

This the day of July 25, 2006

/s/ N. Carlton Tilley, Jr.
United States District Judge